```
                                                    USDC SDNY
                                                    DOCUMENT
                                                    ELECTRONICALLY FILED
UNITED STATES DISTRICT COURT                        DOC# _____
FOR THE SOUTHERN DISTRICT OF NEW YORK               DATE FILED: 6/8/17
```

----------------------------------------------------------------X
IN RE APPLICATION OF APOSTOLOS          :
MANGOURAS, for an Order Pursuant to     :
28 U.S.C. §1782 to Conduct Discovery for Use :        17 MISC 186
in Foreign Proceedings                  :
                                        :        17-MC_____
                                        :
----------------------------------------------------------------X

## ORDER

This matter having come before the Court upon the application of Applicant Apostolos Mangouras, for an Order Pursuant to 28 U.S.C. §1782 to Conduct Discovery for Use in Foreign Proceedings, and the Court having considered the application, and for good cause shown:

It is on this 7th day of June, 2017, **ORDERED** as follows:

1. Applicant's Application for discovery is approved;

2. Applicant is authorized to serve the Subpoenas in the form attached to the Ex Parte Application as Exhibit A;

3. Dr. Charles Cushing and CR Cushing & Co. are compelled to produce documents requested in Schedule A of the Subpoena within 30 days of the Court's Order on the Application; and

4. Dr. Cushing and the record custodian of the Respondent are compelled to give depositions for use in the proceedings in the European Court of Human Rights within 30 days of the production of the documents identified in the subpoenas, if deemed necessary by Applicant.

_____
Honorable United States District Judge